IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 13-MJ-119 |
| RISHI RAGSDALE, | ) |
| Defendant. | ) |

MOTION AND ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the above-captioned complaint against defendant.   This dismissal is based on the reasons set forth in the attached affidavit of Meredith P. Duchemin.

Dated this 13th day of January, 2014.

Respectfully submitted,

JOHN W. VAUDREUIL
United States Attorney

By:            /s/
_____
LAURA PRZYBYLINSKI-FINN
Chief, Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.   The dismissal is without prejudice.

_____
Honorable Stephen L. Crocker
United States Magistrate Judge

Dated: _____