IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 13-MJ-119 |
| RISHI RAGSDALE,<br>　　　　Defendant. | ) ) ) ) | |

## AFFIDAVIT

STATE OF WISCONSIN)
　　　　　　　　　) ss.
COUNTY OF DANE　　)

Meredith P. Duchemin, being first duly sworn on oath, deposes and states as follows:

　　1.　　I am an Assistant United States Attorney for the Western District of Wisconsin, and I represent the United States in this criminal case.

　　2.　　On December 18, 2013, this Court signed a one-count criminal complaint, charging Rishi Ragsdale with transmitting in interstate commerce a threat to injure another, in violation of Title 18, United States Code, Section 875(c).

　　3.　　On December 19, 3013, Ragsdale made his initial appearance on the complaint and was temporarily detained pending a detention hearing. At the detention hearing on December 23, 2013, this Court released Ragsdale on stringent release conditions.

　　4.　　In consultation with the U.S. Attorney's Office for the Eastern District of Michigan, our office has determined that the criminal case against Ragsdale should proceed in Michigan.

3. On January 9, 2014, a grand jury in the Eastern District of Michigan returned a one-count indictment against Ragsdale, charging him with violating Title 18, United States Code, Section 875(c) (Case No. 14-CR-20004). He had his initial appearance on that indictment on Friday, January 10, 2014, and was released on largely the same conditions imposed by this Court. Accordingly, the United States moves to dismiss the complaint pending against Ragsdale in this district.

Dated this 13th day of January, 2014.

/s/
_____
Meredith P. Duchemin
Assistant U.S. Attorney

Subscribed and sworn to before me
this 13th day of January 2014

/s/
_____
LeLoni Broesch
Notary Public, State of Wisconsin
My Commission expires 7/13/14.